RECEIVED IN CLERK'S OFFICE SEP -2 2011 U.S. DISTRICT COURT MID. DIST. TENN.

8-29-11

Buen dia tenga usted honorable Jues Campbell discupe que se le moleste.
mi nombre es Vicente Arellano. G.
estoy en la Facilidad de Robertson county Joil 311 5th Ave East, Springfied, TN 32172
mi numero de caso, # 3:10-00258
hace 4 meses. 4-22-11, que me llebaron a corte que fue para darme a saber que me abian conbiado el abogado dias deques me llebaron a corte una vez mas para conoser mi nuebo abogado, ese dia que me entreviste con el le pedi una tarjeta, me dijo que no tenia caso por que no se ingles y no puedo llamarle, Tambien me dijo que en 2 semanas vendria a R.C.D.C. para ponernos al coriente con el caso, mi abogado es, Kerry Haymaker como no me dio tarjeta, no se su direccion ó numero de tel, en otras palabras no se nada de el, es por eso que le escribo a usted honorable Jues Campbell, para ver si me puede ayudar ó que alguien me mande alguna informacion, Tengo 10 meses sin tener una informacion sobre mi caso, una vez mas discupeme honorable Jues Campbell por molestarle con mi problema y espero que usted me queda alludar con alguna informacion. Gracias

Sinceramente y con respeto
Atentamente
Vicente Arellano. G

Case 3:10-cr-00258   Document 188   Filed 09/02/11   Page 1 of 1 PageID #: 564