8-29-11

May you be having a good day, honorable Judge Campbell
I apologize for bothering you.
My name is Vicente Arellano G.

I am in the Robertson County Jail facility 311 5th Ave East, Springfield, TN 37172
My case number, 3:10-00258
Four months ago, 4-22-11, they took me to court, which was to let me know that they had changed my lawyer. Days later they took me to court again so I could meet my new lawyer. That day when I had an interview with him I asked him for a card, he told me it wasn't important because I do not know English and cannot call him. Also he told me that in two weeks he would go to R.C.D.C to bring us up to date about the case, my lawyer is Kerry Haymaker, as he did not give me his card I do not know his address or telephone number. In other words I do not know anything about him, that is why I write to you, honorable Judge Campbell, to see if you can help me or if someone can send me some information. I have been 10 months without receiving any information about my case. Again, excuse me honorable Judge Campbell for bothering you with my problem and I hope you can help me with some information. Thank you.

Sincerely and with respect
Attentively,
Vicente Arellano. G.

------------------------------------------------------------------------------------

**TRANSLATION CERTIFICATION**

     I, Myra S. Gann, having been duly examined and approved by the Administrative Office of the United States Courts as a Federally Certified Court Interpreter, hereby CERTIFY that I have translated the above letter from Spanish to English and that my translation thereof is a true and faithful representation of its contents, to the best of my knowledge and ability. September 7, 2011