IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:10-00258 |
| | ) | Chief Judge Todd Campbell |
| VICENTE ARELLANO-GARCIA | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Comes now, G. Kerry Haymaker, counsel for Defendant, Vincente Arellano-Garcia, and hereby moves this Honorable Court to allow counsel to withdraw as counsel of record. In support of this Motion, counsel has filed an Affidavit filed under seal.

Respectfully submitted,

**HAYMAKER & HEROUX, PC**

_/s G. Kerry Haymaker_
G. Kerry Haymaker, B.P.R. #018695
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been delivered by the Electronic Filing System to Alex Little, Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870 on this the 16th day of April, 2012.

_/s G. Kerry Haymaker_
G. Kerry Haymaker