04-19-12.

Honorable Señor Juez CAMPBELL disculpe que lo moleste una vez mas pero el motivo de esta carta es para informarle que despedí a mi abogado que me abian asignado ya que tengo 28 meses ya en la carsel y no a podido resolver nada ya que le estado pidiendo todo lo que tienen en mi contra. y solo me enseña lo mismo por que el abogado que tenia anteriormente, me enseño unos videos y le e pedido a mi abogado que me los enseñe para yo poder ber bien todas las evidencias que tienen en mi contra. y el dice que no tienen mucho de mi. y entonces yo no entiendo si mi abogado dice que no tienen muchas evidencias de mi por que quiere que me aga culpable en el nivel 38 y yo pienso que eso es mucho tiempo el que me quieren dar. y asta el momento que este asiendo algo al respecto a mi caso.
Por eso me dirijo a usted honorable Juez CAMPBELL para que me asigne un nuevo abogado que si tenga interes en atender mi caso.
discuipe la molestia, y muchas Gracias por su atencion..

Att.
Vicente Arellano Garcia..

Case 3:10-cr-00258  Document 296  Filed 04/23/12  Page 1 of 1 PageID #: 963