UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )        NO. 3:10-00258
                                    )        JUDGE CAMPBELL
VINCENTE ARELLANO-GARCIA            )

ORDER

Pending before the Court is a Motion to Substitute Counsel for Purposes of Plea Hearing

(Docket No. 309). The Motion is GRANTED.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE