UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:10-00258 |
| | ) | JUDGE CAMPBELL |
| VICENTE ARELLANO GARCIA | ) | |

## ORDER

Pending before the Court is a Motion For Leave To File Under Seal (Docket No. 603). The Motion is GRANTED.

The sentencing hearing in this case, currently set for May 16, 2014, is CONTINUED until August 7, 2014, at noon.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE